SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
*Software Research, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No. 3:11-cv-01676-JSW <br><br> ORDER ON **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

STIPULATION AND PROPOSED ORDER         1         CASE NO. 3:11-cv-01676-JSW
TO EXTEND TIME TO RESPOND
TO COMPLAINT

1    Plaintiff Software Research, Inc. ("Plaintiff") and defendant Hewlett-Packard
2 Company ("Defendant"), hereby stipulate as follows:
3    WHEREAS, on or about April 6, 2011, Plaintiff served its Complaint upon Defendant;
4 and
5    WHEREAS, no trial date has yet been set in this action; and
6    WHEREAS, Defendant requires additional time to respond to the Complaint, and
7 Plaintiff and Defendant have agreed to extend the time by which Defendant must answer or
8 otherwise respond to the Complaint by an additional 30 days, to and including May 27, 2011;
9 and
10    WHEREAS, no other extensions of time have occurred in this action:
11    IT IS HEREBY STIPULATED by and between the parties hereto that Defendant will
12 have to and including May 27, 2011, to serve and file an answer or other response to the
13 Complaint.
14 DATED:   April 27, 2011

HOSIE RICE LLP

By:   ___/s/ William P. Nelson_____
       William P. Nelson
       *Attorneys for Plaintiff*
       *Software Research, Inc.*

ROPES & GRAY, et al.

By:   */s/ James R. Batchelder*
       James R. Batchelder
       *Attorney for Defendant*
       *Hewlett-Packard Company*

   I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   April 27, 2011

                                    */s/ William P. Nelson*
                                    William P. Nelson

STIPULATION TO EXTEND TIME TO RESPOND          2           CASE NO. 3:11-cv-01676-JSW
TO COMPLAINT

**ORDER**

**PURSUANT TO STIPULATION IT IS ORDERED THAT** Defendant will have to and including May 27, 2011, to serve and file an answer or other response to the Complaint.

Dated: April 28, 2011

_____
Honorable Jeffrey S. White
U.S. DISTRICT COURT JUDGE

# DECLARATION OF SERVICE BY U.S. MAIL AND E-MAIL

I, Janine DeAndre, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie Rice LLP, Transamerica Pyramid, 34th Floor, 600 Montgomery Street, San Francisco, California, 94111.

On April 27, 2011, I served the following attached

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

by e-mail and placing a true copy thereof enclosed in a sealed envelope with postage thereon in the United States Post Office mail box at San Francisco, California, addressed to the following parties:

James R. Batchelder
Ropes & Gray
1900 University Avenue 6th Floor
East Palo Alto, CA 94303-2284
james.batchelder@ropesgray.com

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   April 27, 2011

                                          */s/ Janine DeAndre*
                                          Janine DeAndre