SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
*Software Research, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. CV 11-1676 JSW<br><br>**DECLARATION OF DR. EDWARD F. MILLER IN SUPPORT OF SOFTWARE RESEARCH, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:       July 15, 2011<br>Time:       9:00 a.m.<br>Courtroom:  11, 19th Floor<br>Judge:      Honorable Jeffrey S. White |

I, Dr. Edward F. Miller, declare as follows:

1. I am the founder and CEO of plaintiff Software Research, Inc. ("SRI"). I make this declaration of my own personal knowledge. If called upon to do so I could and would testify competently to the matters stated herein.

2. I earned a doctorate in electrical engineering in 1968 from the University of Maryland. I have been a member of the IEEE since 1962.

3. I founded SRI in 1977. SRI's business since its founding has included: providing consulting services in software engineering, program testing, computer architecture and development of automated tool families, and providing seminars worldwide in software testing, automated tools, and software engineering; conducting the annual International Software Quality Week conferences for 15 years and International Software Quality Week/Europe conferences (both until 2002); and developing and selling advanced software testing products and associated technical services.

4. In 1988, SRI began providing software testing products it designed and developed. It sold its TestWorks Client/Server Software Testing Products from 1988-2002. These products included SMARTS, CAPBAK/X, CAPBAK/Unix, EXDIFF, TCAT, S-TCAT, T-SCOPE, STATIC, METRIC and TDGEN.

5. In the late 1990's, websites were evolving from static preconfigured pages to rich, interactive web applications. With the advent of e-commerce, website reliability and scalability became critical. A popular site could be hit thousands of times a minute, a load that exposes flaws and gives rise to performance issues.

6. The Document Object Model ("DOM"), a browser component standardized by the World Wide Web Consortium, provides document object orientation, logical hierarchy among objects, and standardized APIs (application programming interfaces) that underlie

modern interactive web pages. The advent of Web 2.0 technologies such as Rich Internet Applications ("RIAs"), based on JavaScript, and AJAX, increasing the interactivity and complexity of web sites, increased the need for the most advanced web site/web application testing systems.

7. Web testing tools operate by the tester accessing and using a web site, recording these actions in a script, playing the script back to the web site to test whether the site performed the way it had in the initial use (and doing this numerous times simultaneously to simulate heavy loads), and then analyzing the site's performance.

8. Previously, website testing tools were based on protocol-level recording. These tools recorded the HTTP stream from the browser to the server and back, and could not directly test web site performance at the internal DOM level. To the extent they used a browser, these tools captured the HTTP stream outside the browser, and played it back by injecting the HTTP requests in a wrapper around the browser. This approach involved significant manual labor in modifying scripts, was slow and imperfect, and ill-suited for the increasingly complicated websites populating the worldwide web.

9. In 1997, I began work on finding a better method for performance testing web pages, especially Rich Internet Applications ("RIAs"), based on JavaScript, which provide dynamic, interactive web pages. I invented the first test-enabled web browser with direct DOM interaction. The test-enabled web browser embeds the testing engine in a web browser. Control and analysis functions are combined with the usual browser functions. Testing is done by recording test scripts, replaying, and analyzing web site functioning at the browser event level. Putting the testing apparatus into the browser allows testing of websites, at the same browser level at which the client user experiences the page, and by directly observing and interacting with the DOM elements. The test-enabled browser directly

operates, records, and manipulates all browser events and data streams. This method provides the most effective and efficient means to emulate user behavior, emulate heavy web traffic, and test websites to expose design flaws and performance issues.

10. I filed a provisional application for this invention on October 31, 2000. On October 31, 2001, I filed the application that resulted in U.S. Patent No. 7,231,606 (the "'606 patent"), which was issued on June 12, 2007. A true and correct copy of the '606 patent is attached hereto as Exhibit A. U.S. Patent No. 7,757,175 (the "'175 patent"), a continuation of the '606 patent, was issued on July 13, 2010. A true and correct copy of the '175 patent is attached hereto as Exhibit B.

11. SRI's eValid website testing product, embodying these two patents, is the world's first test-enabled web browser. The eValid website testing suite, includes functional testing, server loading, site analysis, timing/tuning, and QA functionality for Windows. SRI began selling eValid in 2000.

12. In 2008, HP expressed interest in evaluating SRI's test-enabled browser. I participated in a series of conference calls and email exchanges with HP personnel, and provided descriptions of web demonstrations of our patented eValid product for them.

13. The HP personnel followed up with questions about the functioning of the eValid, which I answered in detail in email exchanges. *See, e.g.*, Exhibit C hereto. The team of HP senior managers and engineers who studied eValid included HP LoadRunner Product Manager, Roi Carmel, HP software R&D engineers Kirill Mendelev, Motti Lanzkron and Yrieix Garnier, and Chief Architect, AD Ilan Shufer. *See, e.g.*, Exhibit D hereto.

14. HP requested, and obtained from SRI, a copy of the eValid software product, so that HP's engineers themselves could run and observe the software. HP asked for "both the Functional testing product and the Load testing product for evaluation" (Exhibit D). Mr.

Mendelev and other HP engineers ran the eValid software in various testing scenarios, as was reported by the "phone home" feature in eValid, *i.e*, usage tracked by the SRI server. Mr. Mendelev told SRI that after "evaluate[ing] the eValid product. . . . I can only express my respect to your R&D team" (Exhibit E).

15. As part of this evaluation process, HP was informed that SRI's eValid product was protected by one issued patent, with additional patents applied for. For example, the eValid "Software Product License Agreement – EULA," the terms of which the HP employees accepted to use the eValid product, specifically calls out SRI's issued patent as follows: "The intellectual property embodied in this software product is protected by United States Patent No. 7,231,606 (12 June, 2007) and by additional patents applied for."

16. After HP's engineers evaluated eValid at length, and despite having told SRI that they were impressed with this test enabled browser, HP ended discussions by informing SRI that it was not interested in offering a test enabled web browser.

17. eValid has been SRI's main testing product since 2000; since 2002, SRI's business has been based entirely upon selling its patented eValid testing solution. SRI has been able to survive in this market for 10 years with eValid (and for 20 years, counting SRI's earlier client-server and web application testing products) because of its quicker innovation and superior technology. SRI's market for eValid depended upon the superior features of a test-enabled web browser, as described above.

18. eValid is a small company, compared to its competitors in the automated software quality testing market. HP is a direct competitor of SRI, and the dominant competitor in that market, with its LoadRunner testing suite. HP acquired LoadRunner with its acquisition of Mercury Interactive in 2006.

19. Attached hereto are true and correct copies of the following exhibits:

   A. U.S. Patent No. 7,231,606

   B. U.S. Patent No. 7,757,175

   C. Email string beginning with an email from Edward Miller to Kirill Mendelev and Motti Lanzkron, dated April 7, 2008.

   D. Email string beginning with an email from Demetris Paraskevopoulos to Ilan Shufer and Edward Miller, dated April 1, 2008.

   E. Email from Kirill Mendelev to Edward Miller, dated April 3, 2008.

  20. It is virtually impossible for SRI to compete with HP now. HP's introduction of LoadRunner Version 11 with TruClient has largely eliminated SRI's market. Before TruClient, HP did not offer a test-enabled web browser. By taking SRI's invention of a test enabled browser, HP now has taken away the unique technological advantage that allowed it to compete.

  21. HP's introduction of TruClient has caused a disastrous decline in SRI's sales and customer good will. SRI has sold its eValid product to over 650 customers since the product's inception, but was able to make only three new sales in the last eight months after HP announced TruClient in September 2010 (October 2010-May 2011). SRI has made only two sales since HP put TruClient on sale at the beginning of December (December 2010-May 2011). By contrast, in the eight months before TruClient was announced (February-September 2010), SRI made 16 new sales. SRI has made no sales at all of its Server Loading Bundle (its load-testing bundle) since December. SRI has attempted to reverse this sales decline, but has been unsuccessful.

  22. In addition, customer interest in eValid has declined drastically, to 35 new customer leads per month in the last eight months (October 2010-May 2011), compared to

123 new customer leads per month in the eight months before TruClient was announced (February-September 2010), representing a decline of over 70 percent.

23.     HP aggressively markets its LoadRunner Version 11 with TruClient, with press releases, video demonstrations, "webinars" and numerous pages featuring LoadRunner on its web site. I expect that SRI's sales and customer goodwill will fall even further as a result of HP's continuing marketing of TruClient. With SRI's sales and customer interest so devastated by TruClient, I do not believe that SRI will be able to continue in business unless its invention of the test-enabled browser is protected by the patent laws.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on June 3, 2011.

*/s/ Dr. Edward F. Miller*_____
Dr. Edward F. Miller

DECLARATION OF DR. EDWARD F. MILLER         6         CASE NO. CV 11-1676 JSW
ISO MOTION FOR PRELIMINARY INJUNCTION