# EXHIBIT C

From miller Mon Apr  7 12:28:26 2008
From: miller@sr2.soft.com (Edward F. Miller)
To: kirill.mendelev@hp.com, motti@hp.com
Subject: Response to your questions
Cc: demetrisP@nift-net, ilans@hp.com
Date: Mon, 7 Apr 2008 12:28:26 -0800 (PST)
Status: RO


Dear Motti and Kirill,

I'll try to answer your questions one by one...

-----------------------------------------------------------------------

From motti@hp.com  Thu Apr  3 02:34:04 2008
From: "Lanzkron, Motti" <motti@hp.com>
To: "Edward F. Miller" <miller@e-valid.com>
CC: "Shufer, Ilan" <ilans@hp.com>
Date: Thu, 3 Apr 2008 09:32:36 +0000
Subject: RE: CID#9307 eValid Evaluation License

Hello Edward.

I had a look at eValid and I have a few technical questions.

(1) I see that you use source index for replay, this is obviously a rather brittle way to go and you have fallbacks for using the ID attribute. Do you have additional fallbacks? In our experience the ID is also prone to change in certain applications.

   Answer:  eValid has overcome this limitation.

   eValid employs multiple types of fallbacks.

   Adaptive Playback automatically compensates for minor page changes, and
   informs you of what it did with messages in the event logs.

   Other fallback techniques are used in testing applications that involve
   dynamic pages, including AJAX applications.

(2) The script contains wait commands duplicating the time that the test creator paused, is this your way of synchronizing the test or do you also depend on the page's state? (the test I created on Google maps failed, I think because it started running too fast).

   Answer:  Wait commands reproduce the actual user "think time" so test
   playbacks appear real to the server.

1

You're right, using timing alone to achieve synchronization is not a reliable technique.

Playback synchronization of page download in most applications is done internally using a variety of techniques and is 100% automatic. For AJAX applications, when page download activity extends beyond the completion of the parent page, additional DOM-based synchronization steps are used.

For Google Maps recording you need to be somewhat aware of the properties of the application. You may need some of the "Absolute Event" recording options available in the Settings. And, you may need "Record > Validate > & Synchronize > Text String" (Ctrl-Y) to create playback synchronization points.

(3) Regarding AJAX support, when testing on Google maps nothing was recorded, how do I cause eValid to record drag and pan operations and do you support mouse scrolling?

Answer: Being an AJAX application, care needs to be used in making a Google Maps recording. You often need to turn on Element Mouseover recording; and you may need to record intermediate playback synchronization steps (as described above).

There is an available Settings option to record drag and drop on a graphical area like the Google Maps display area.

Mouse scroll record and playback is not currently activated. In practice, we find very few pages need it because there are always "click here" alternatives. Also, mouse scroll event recordings tend to be lengthy.

(4) Do you offer a methodology for maintaining the tests? What happens if a test starts to fail due to legitimate changes in the application? Is the user to re-record the test or can a specific line be fixed?

eValid scripts are text files. The eValid "Window > Script Window" pulldown activates the script window that includes an editor.

There is a "Record > Insert Recording" option to instantiate a new recording in an existing script.

Thanks for your time, Motti.

--------------------------------------------------------------------------
From kirill.mendelev@hp.com  Thu Apr  3 04:00:28 2008
From: "Mendelev, Kirill" <kirill.mendelev@hp.com>
To: "Edward F. Miller" <miller@e-valid.com>
CC: "Shufer, Ilan" <ilans@hp.com>
Date: Thu, 3 Apr 2008 10:59:05 +0000
Subject: RE: CID#9307 eValid Evaluation License

Dear Mr. Miller,

2

Thank you very much for the opportunity to evaluate the eValid product. It was quite interesting to investigate your approach to testing complex Web applications. After spending several years building web-testing module of LoadRunner myself, I can only express my respect to your R&D team.

Seemingly, you've managed to circumvent lots of problematic places by leveraging the IE's abilities to parse and process JavaScript-rich HTML documents. I've noted that you're having no problem capturing user's clicks, inputs and so on.

> Thank you!

I've got several issues, though, which aren't completely clear to me, so I'll appreciate very much if you can shed some light on them

(5) 1 I saw that some of ASP.NET Ajax controls (like, Slider, Collapsible Panel and Reordering List) produce no entries in script itself. Thus, if I move my slider and a new value is generated, and then is used in the following request, the script won't simulate it!

> Answer: Some types of objects require Element Mouseover recording (you
> can toggle this On/Off). Some types of controls defy automated
> recording, and for them there is an available set of "DOM
> Motion/Manipulation" commands.
>
> eValid's "Window > PageMap" allows study of the details of the DOM
> within any page.

(6) 2 The measurement you're taking are related to page download time only.
What if user wants to measure the timing of complex transaction, which may span several pages?

> Answer: The eValid GUI has a "Record > Timer > { Reset Timer | Read
> Timer | Set Alarm }" pulldown.
>
> Commands also can be edited into the script to time any sequence of
> commands.

(7) 3 I saw no conditional statements in the scripting language. Is it possible to produce branching testing scenarios?

> Answer: There are playback status flags (ERROR, TIMEOUT, WARNING,
> ALARM, etc.) and script commands that alter the flow when flags are
> thrown.

(8) 4 Is it correct that the only way to simulate user activities is to raise a eValid process, which incorporates the IE process in it, so the actual load on the _testing_ machine will be equal to this of single IE process times number of users I want to simulate?

> Answer: That is correct.
>
> By having each playback run in its own independent process you guarantee
> having a fully stateful, 100% realistic, playback.
>
> eValid's LoadTest mode offers a THIN (smallest possible footprint)
> playback client. It enables running hundreds of playback instances, all
> scripted, all independent, all running concurrently. Load can be
> further scaled by using multiple machines to simulate thousands of

users.

(9) 5 Can I conduct tests on several machines, and collate the results coming from them in a single report?

Answer: Output logs from several machines playbacks can be merged.

Individual scripts can send email upon test completion. Large numbers of tests from a number of machines can then all report to a central account.

(10) 6 I suppose you have no problems with Java applets and ActiveX controls. What about Flash apps? Silverlight?

Answer: eValid is 100% compatible with IE. Any add-on or plugin for IE will work in eValid as well.

Java applets, ActiveX controls, and Flash apps are opaque to the browser and accept input only from the desktop. eValid Application Mode recording accurately reproduces user interactions with these types of objects.

Silverlight, based primarily in JavaScript, poses no special difficulty. When Silverlight uses objects that are opaque Application Mode applies.

Again, thank you so much for this rather enjoyable experience of looking at previously known things from a different angle.

Yours truly,
Kirill Mendelev

-------------------------------------------------------------------------

Glad you enjoyed it and thanks for the compliments!

Best Regards,
Edward

Edward Miller
eValid Division
Software Research, Inc.
1663 Mission Street
San Francisco, CA  94103  USA

Tel: [1] (415) 861-2800
800: [1] (800) 942-7638
FAX: [1] (415) 861-9801

http://www.e-valid.com

# EXHIBIT D

Gmail - Licenses for eValid evaluation  Case 3:11-cv-01676-JSW   Document 16-3   Filed 06/03/11   Page 7 of 10   Page 1 of 2



Edward Miller <edward.f.miller@gmail.com>

## Re: Licenses for eValid evaluation

**Demetris Paraskevopoulos <demetrisP@nif-t.net>**    Tue, Apr 1, 2008 at 1:32 PM
To: "Shufer, Ilan" <ilans@hp.com>, "Miller, Edward" <edward.f.miller@gmail.com>
Cc: "Mendelev, Kirill" <kirill.mendelev@hp.com>, "Lanzkron, Motti" <motti@hp.com>, "Carmel, Roi" <roi.carmel@hp.com>

Hello Ilan,

Edward will send the eval units of eValid to you and your colleagues indicated below.
Both the Functional and Load testing products are included in the full eValid product.
Edward will be the person to contact with product related questions, but please keep me copied.
We will try to come up with actual customer testimonials that could help your evaluation soon.

Thank you,
Demetris

----- Original Message -----
**From: Shufer, Ilan**
**To:** Demetris Paraskevopoulos
**Cc:** Carmel, Roi ; Lanzkron, Motti ; Mendelev, Kirill
**Sent:** Sunday, March 30, 2008 12:19 AM
**Subject:** Licenses for eValid evaluation

```
Hi, Demetris, following our conversation please send us licenses and download
instruction for eValid product.


Please remember we need both the Functional testing product and the Load
testing product for evaluation.




Evaluators:
```

R&D/

  1. Lanzkron, Motti - motti@hp.com

  2. Mendelev Kiril - kirill.mendelev@hp.com

  3. Shufer, Ilan – ilans@hp.com

PM

```
    Carmel, Roi -    roi.carmel@hp.com
```

http://mail.google.com/mail/?ui=2&ik=5280221ce5&view=pt&search=inbox&msg=1190b7...    4/1/2008

As discussed, our emphasis will be on AJAX so if you have any documentation (example, a site you think it works great on) which could help us in the evaluation please send us some.

Also, please mention who will be our contact point for product questions

Thanks

　　Ilan

**Ilan Shufer,** Chief Architect, AD(HP Software), ilans@hp.com
direct +972-3-5399518  mobile +972-54-4497174  fax +972-5391617
19 Shabazi Street, POB 170, Yehud 56100 Israel

**MERCURY**
BUSINESS TECHNOLOGY OPTIMIZATION
www.mercury.com



# EXHIBIT E



Edward Miller <edward.f.miller@gmail.com>

## (no subject)

**Edward F. Miller <miller@e-valid.com>**  Thu, Apr 3, 2008 at 5:45 AM
To: edward.f.miller@gmail.com

> From kirill.mendelev@hp.com Thu Apr  3 04:00:28 2008
> From: "Mendelev, Kirill" <kirill.mendelev@hp.com>
> To: "Edward F. Miller" <miller@e-valid.com>
> CC: "Shufer, Ilan" <ilans@hp.com>
> Date: Thu, 3 Apr 2008 10:59:05 +0000
> Subject: RE: CID#9307 eValid Evaluation License
>
> Dear Mr. Miller,
>
> Thank you very much for the opportunity to evaluate the eValid product. It
> was quite interesting to investigate your approach to testing complex Web
> applications. After spending several years building web-testing module of
> LoadRunner myself, I can only express my respect to your R&D team.
>
> Seemingly, you've managed to circumvent lots of problematic places by
> leveraging the IE's abilities to parse and process JavaScript-rich HTML
> documents. I've noted that you're having no problem capturing user's
> clicks, inputs and so on.
>
> I've got several issues, though, which aren't completely clear to me, so
> I'll appreciate very much if you can shed some light on them
>
> 1 I saw that some of ASP.NET Ajax controls (like, Slider, Collapsible Panel
> and Reordering List) produce no entries in script itself. Thus, if I move
> my slider and a new value is generated, and then is used in the following
> request, the script won't simulate it!
>
> 2 The measurement you're taking are related to page download time only.
> What if user wants to measure the timing of complex transaction, which may
> span several pages?
>
> 3 I saw no conditional statements in the scripting language. Is it possible
> to produce branching testing scenarios?
>
> 4 Is it correct that the only way to simulate user activities is to raise a
> eValid process, which incorporates the IE process in it, so the actual
> load on the _testing_ machine will be equal to this of single IE process
> times number of users I want to simulate?
>
> 5 Can I conduct tests on several machines, and collate the results coming
> from them in a single report?
>
> 6 I suppose you have no problems with Java applets and ActiveX controls.
> What about Flash apps? Silverlight?
>
> Again, thank you so much for this rather enjoyable experience of looking
> at previously known things from a different angle.
>
> Yours truly,
> Kirill Mendelev