| | |
|---|---|
| 1 | James R. Batchelder (CSB # 136347) |
| | *james.batchelder@ropesgray.com* |
| 2 | Sasha G. Rao (CSB # 244303) |
| | *sasha.rao@ropesgray.com* |
| 3 | ROPES & GRAY LLP |
| | 1900 University Avenue, 6th Floor |
| 4 | East Palo Alto, California 94303-2284 |
| | Phone: (650) 617-4000 |
| 5 | Facsimile: (650) 617-4090 |
| 6 | Attorneys for Defendant |
| | HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., | Case No. 3:11-cv-01676-JSW |
| | Honorable Judge Jeffrey S. White |
| Plaintiff, | |
| | **[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING A MODIFIED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| | AS MODIFIED |
| Defendant. | |
| | JURY TRIAL DEMANDED |

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION
REQUESTING A MODIFIED BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:11-cv-01676-JSW

1   This Court hereby Grants the parties' Joint Stipulation Requesting a Modified Briefing
2   Schedule for Plaintiff's Preliminary Injunction Motion and enters an Order modifying the
3   briefing schedule for Plaintiff Software Research, Inc.'s Motion for Preliminary Injunction as
4   follows:
5       1.  Defendant Hewlett-Packard Company's Opposition will be due on ~~August 1,~~ July 22, 2011.
6   
7       2.  Plaintiff Software Research, Inc.'s Reply will be due on ~~August 15,~~ August 5, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: June 17, 2011

_____
Honorable Jeffrey S. White
Judge of the United States District Court
Northern District of California

[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING A MODIFIED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

2

Case No. 3:11-cv-01676-JSW