SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Attorneys for Plaintiff
*Software Research, Inc.*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case No. CV 11-1676 JSW <br><br> **STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE AND [PROPOSED] ORDER** |

Plaintiff Software Research, Inc. ("SRI") and defendant Hewlett-Packard Company ("HP"), hereby stipulate through their respective counsel of record as follows:

WHEREAS SRI filed its complaint in this matter on April 6, 2011, and HP filed its answer and counterclaim on May 27, 2011; and

WHEREAS the Initial Case Management Conference in this matter was held as scheduled on July 15, 2011; and

WHEREAS prior to the Initial Case Management Conference, SRI and HP jointly submitted a Joint Case Management Statement outlining a schedule of Patent Local Rule activities, beginning with plaintiff providing infringement contentions on July 29, and said schedule was modified by the Court to set a February 7, 2012 claims construction tutorial and February 14, 2012 claim construction hearing date, and otherwise adopted by the Court, in its Civil Minute Order dated July 15, 2011 ("Order"); and

WHEREAS the parties have, following the Case Management Conference and Order, agreed that it would further the efficient progress of this litigation to extend these dates by 30 days; and

WHEREAS no trial date has been set in this matter;

WHEREFORE, IT IS HEREBY STIPULATED by and between the parties that the dates set forth in the Joint Case Management Statement and Order are continued by 30 days to the dates set forth in the attached Exhibit A.

Dated: July 22, 2011              Respectfully submitted:


                                   */s/ George F. Bishop*
                                  SPENCER HOSIE (CA Bar No. 101777)
                                  shosie@hosielaw.com

STIPULATION TO AMEND CASE                    1              CASE NO. CV 11-1676 JSW
MANAGEMENT SCHEDULE AND
[PROPOSED] ORDER

DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
WILLIAM P. NELSON (CA Bar No. 196091)
wnelson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*Software Research, Inc.*


*/s/ Sasha G. Rao*_____
JAMES R. BATCHELDER
(CA Bar No. 136347)
james.batchelder@ropesgray.com
SASHA G. RAO
(CA Bar No. 244303)
sasha.rao@ropesgray.com
ROPES & GRAY LLP
1900 University Ave., 6th Floor
East Palo Alto, CA 94303-22841
(650) 617-4000 Tel.
(650) 617-4090 Fax

*Attorneys for Defendant*
*Hewlett-Packard Company*

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED: July 22, 2011

*/s/ George F. Bishop*_____
George F. Bishop

STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER    2    CASE NO. CV 11-1676 JSW

The tutorial will be held on March 20, 2012 at 1:00 p.m. and the claims construction hearing will be held on March 27, 2012 at 1:00 p.m. In the future, the parties shall provide space for the Court to modify their requests. Pursuant to the parties stipulation as modified, IT IS SO ORDERED.

~~PURSUANT TO STIPULATION IT IS SO ORDERED~~

Dated: July 25, 2011

_____
Honorable Jeffrey S. White
U.S. DISTRICT COURT JUDGE

## **Exhibit A**

| Event | Proposed Dates |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions and accompanying document production [Pat. L.R. 3.1-3.2] | August 29, 2011 |
| Invalidity Contentions and accompanying document production [Pat. L.R. 3.3-3.4] | October 12, 2011 |
| Exchange of Proposed Terms and Claim Elements for Construction [Pat. L.R. 4.1.a-b.] | October 26, 2011 |
| Simultaneous Exchange of Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence [Pat. L.R. 4.2.a-b.] | November 16, 2011 |
| Filing of Joint Claim Chart, Worksheet and Hearing Statement [Pat. L.R. 4.3] | December 14, 2011 |
| Completion of Claim Construction Discovery [Pat. L.R. 4.4] | January 13, 2012 |
| Opening Claim Construction Brief [Pat. L.R. 4.5.a.] | January 30, 2012 |
| Responsive Claim Construction Brief [Pat. L.R. 4.5.b] | February 13, 2012 |
| Reply Claim Construction Brief [Pat. L.R. 4.5.c] | February 21, 2012 |
| Tutorial | March 8, 2012 or at the Court's convenience |
| Claim Construction Hearing [Pat. L.R. 4.6] | March 15, 2012 or at the Court's convenience |